CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERON GASKIN, | ) | CASE NO. 7:15CV00247 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Hon. Glen E Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action, brought as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 15th day of June, 2015.

*/s/ Glen E. Conrad*
Chief United States District Judge